(Official Form 1) (12/03)

FORM B1

## United States Bankruptcy Court
## Northern District of Illinois, Eastern Division Division

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Delta Phones Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D.<br>No. (if more than one, state all): **72-1143910** | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D.<br>No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1245 E. Diehl Rd.**<br>**St. 300**<br>**Naperville, IL  60563** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:   **DuPage** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [x] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- [ ] Individual(s)
- [x] Corporation
- [ ] Partnership
- [ ] Other _____
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check on box)
- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Sec. 304 - Case ancillary to foreign proceeding
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

**Nature of Debts** (Check one box)
- [ ] Consumer/Non-Business
- [x] Business

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)
- [x] Debtor estimates that funds will be available for distribution to unsecured credit
- [ ] Debtor estimates that, after any exempt property is excluded and administrative paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 01/08/2004
Time: 15:36:38
Debtor: DELTA PHONES INC.
Case: 04-00823   Fee : 839
Chapter: 11 Rec. # : 3055171
Judge: John Squires

1:04BK00823-BK001

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-9 |
|---|---|---|---|---|---|
| | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,000 to $10 million | $10,000,001 to $50 million | $50,000,00 to $100 milli |
|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,000 to $10 million | $10,000,001 to $50 million | $50,000,00 to $100 milli |
|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] |

VOLUNTARY PETITION

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**(Official Form 1) (12/03)**

<div style="text-align: right">FORM B1, Page 2</div>

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Delta Phones Inc.** |
|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**EZ Talk Communications LLC** | Case Number: | Date Filed:<br>**1/8/03** |
|---|---|---|
| District:<br>**Northern District Of Illinois, Eastern Division** | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X _M. J_____
Signature of Attorney for Debtor(s)

**Michael J. Davis**
Printed Name of Attorney for Debtor(s)

**Kofkin, Springer , Scheinbaum & Davis, P.C.**
Firm Name

**611 S. Addison Road**
Address

**Addison, IL  60101**

**(630) 530-9999**
Telephone Number

_____
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**Fallean Mintz**
Printed Name of Authorized Individual

**Chief Executive Officer**
Title of Authorized Individual

Date **1/8/03**

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)                    Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

<div style="writing-mode: vertical-lr">© 1983-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

**VOLUNTARY PETITION**

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

IN RE:               )

                  )    **CASE NO. 03-**

    Delta Phones, Inc.    )    **CHAPTER 11**

                  )    **JUDGE:**

          Debtor.)

Tax Identification No.

### FOR COURT USE ONLY

Date Petition Filed _____

Case Number _____

Bankruptcy Judge _____

### EXHIBIT "A"

1.     Petitioner's employer identification number is 72-1143910

2.     If any of petitioner's securities are registered under section 12 of the Securities and Exchange Act of 1934, SEC file number is _____.

3.     The following financial data is the latest available information and refers to petitioner's condition on December 31, 2003.

    a.     Total assets:         $ 3,614,298

    b.     Total liabilities:       $ 10,209,692

|  |  | Approximate number of holders |
|---|---|---|
| Secured debt, excluding that listed below | $ _____ | |
| Debt securities held by more than 100 holders | $ _____ | |
| Secured | $ _____ | |
| Unsecured | $ 10,209,692 | |
| Other liabilities, excluding contingent or unliquidated claims | $ _____ | |
| Number of shares of common stock | | |

Comments, if any: _____

_____

4.      Brief description of petitioner's business:   Competitive local exchange carrier

5.      The name of any person who directly or indirectly owns, controls, or holds, with power to vote, 20% or more of the voting securities of petitioner is  Fallean Mintz & Richard Tolan  .

6.      The names of all corporations 20% or more of the outstanding voting securities of which are directly or indirectly owned, controlled, or held, with power to vote, by petitioner are

_____

_____

_____

### UNSWORN DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A Corporation

I,  Fallean Mintz  the CEO of the corporation named as petitioner in the foregoing petition, declare under penalty of perjury that the foregoing is true and correct, and that the filing of this petition on behalf of the corporation has been authorized.

Executed on ___  1 – 8  ___, 2004

_____   CEO
Petitioner

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

IN RE:                                    )
                                          )
        Delta Phones, Inc.                )
                                          )
                                          )        CASE NO.
                                          )        Chapter 11
                    DEBTOR                )

## LIST OF CREDITORS

```
SBC
SBC Bill Payment Center
Chicago, IL 60663-0001


Bell South
Bell South P.O. Box 740144
Atlanta, GA 30374-0144


BellSouth
BellSouth 85 Annex
Atlanta, GA.  30385-0001


FREMA Group, LLC
FREMA Group, LLC


Sales tax AR
Department of Finance and
Administration P.O. Box 8092
Little Rock, AR 72203


Sales tax MO
Missouri Department of Revenue
P.O. Box 840
Jefferson City, MO 65105-0840


Sales tax TX
Texas Comptroller of Public
Accounts 111 E. 17th Street
Austin, Tx 78774-0100
```

Sales tax OK
Oklahoma Tax Commission
Franchise Tax 2501 N Lincoln Blvd
Connors Building 3rd Floor
Oklahoma city, OK 73194


SPRINT
SPRINT P.O. Box 650270
Dallas, TX 75265-0270


CenturyTel
CenturyTel P.O. Box 6000
Marion, LA 71260-6002


Sales tax TN
Tennessee Dept of Revenue Andrew
Jackson State Office Bldg
500 Deaderick St.
Nashville, TN 37242


Sales tax AL
Alabama Department of Revenue
P.O. Box 327483
Montgomery, AL 36132-7483


Sales tax KY
Kentucky Revenue Cabinet
Frankfort, KY 40620-0003


Sales tax LA
Louisiana Department of Revenue
Sales Tax Division PO Box 3138
Baton Rouge, LA 70821-3138


CCH Incorporated
P.O. Box 4307
Carol Stream, IL 600197-4307


Wright, Lindsey & Jennings, LLP
Wright, Lindsey & Jennings, LLP
200 W. Capitol Avenue, Suite 2300
Little Rock, AR    72201-3699


NECA USF TX
NECA- TXUSF Department 1033
PO Box 121033

Dallas, TX. 75312-1033


Casey & Gentz, L.L.P.
Casey & Gentz, L.L.P. 919
Congress Ave., Ste 1060
Austin, TX 78701-2157


Sales tax KS
Kansas Retailers' Sales Tax
915 SW Harrison St.
Topeka, KS 66625-5000


M & T Capital Group
M & T Capital Group


Source Con
Source Con


Sales tax FL
Florida Department of Revenue
PO Box 6520t
Tallahassee, FL 32314-6520


Sales tax SC
SC Department of revenues Sales
Tax Return
Columbia, SC 29214-0101


Verizon
Verizon


ALLTEL
ALLTEL PO BOX 9001908
Louisville, KY  40290-1908


EZ Talk Communications LLC
EZ Talk Communications LLC


Public Service Commission AR
Arkansas Public Service
Commission P.O. Box 400
Little Rock, AR 72203-0400

Alschuler Grossman Stein & Kahan, LLP
Alschuler Grossman Stein & Kahan, LLP
1620 26th Street, 3rd Floor North
Tower Santa Monica, CA  90404-4071


Nancy M. Thompson
Nancy M. Thompson Attorney at
Law P.O. Box 18764
Oklahoma City, OK  73154-8764


Peregrine Services, Inc
Peregrine Services, Inc.
504 N. 17th St.
Monroe, LA 71201


NECA USF KS
NECA USF KS PO Box 1512
Topeka, KS  66601-1512


The Affiliates
The Affiliates File 73484
PO BOX 60000
San Francisco, CA  94160-3484


Sales tax MS
Mississippi State Tax Commission
Sales Tax Division
PO Box 23075
Jackson, MS 39225-3075


R.O.W.
R.O.W.


Boult Cummings Connors & Berry
Boult Cummings Connor & Berry
P.O. Box 198062
Nashville, TN 37219


NECA USF AR
NECA ARUSF Arkansas USF
 P.O. Box 360481
Pittsburg, PA. 15251-6481


Department of Revenue LA

LA Department of Revenue
PO Box 3138
Baton Rouge, LA 70821-0201


Wise Carter Child & Caraway
Wise Carter Child & Caraway 401
E. Capitol St #600
POBox 651
Jackson, MS  39205


Newman, Comley & Ruth PC
Newman, Comley & Ruth PC
601 Monroe Suite 301
Jefferson City, MO  65102-0537


Cpdi
CPDI 1000 SE Tech Center Dr
Suite #170
Vancouver, WA. 98683


Foulston Seifkin
Bank of America Center 1
00 N. Broadway, Suite 700
Wichita, KS    67202


O'Keefe Ashenden Lyons & Ward
O'Keefe Ashenden Lyons & Ward
30 N. LaSalle Suite 4100
Chicago, IL 60602


Verizon Wireless-600567197
Verizon Wireless-600567197 PO
BOX 790406
St Louis, MO  63179-0406


Airborne Express
Airborne Express
PO Box 662
Seattle, WA 98111


E911 payable
E911 payable


Turner Teleco-Monroe, LA
Turner Teleco
P.O. Box 5007

Monroe, LA 71211


Sales tax NC
North Carolina Dept. of Revenue
P.O. Box 25000
Raleigh, NC 27640-0615


Public Service Commission MO
Public Service Commission MO
PO Box 360
Jefferson City, MO 65102


AT&T Wireless #12518981
AT&T Wireless
PO Box 8220
Aurora, IL 60572-8220


Office Depot
Office Depot Dept 56 8302601067
P O Box 9020
Des Moines, IA  50368-9020


Intermedia Communications
Intermedia Communications
P.O. Box 915121
Orlando, FL 32891-5121
Attn: Accounts Receivable


J Group Enterprises, LLC
J Group Enterprises, LLC
PO Box 958594
Hoffman Estates, IL 60195


Kinko's
Kinko's


Public Service Commission AL
Public Service Commission AL


Adecco
Adecco Employment Services Dept
CH 14091
Palatine, IL 60055-4091

Taylor, Porter, Brooks & Phillips, LLP
Taylor, Porter, Brooks & Phillips, LLP
P.O. Box 2471
Baton Rouge, LA   70821


Middleton Reutlinger
Middleton Reutlinger
401 S Fourth Ave Ste 2500
Louisville, KY   40202-3429


BPS Telephone Company
BPS Telephone Company
P.O. Box 550 120 Stewart Street
Bernie, MO   63822-0550


AT&T Wireless-263705451
AT&T Wireless-263705451


SBC-Office
SBC-Office Bill Payment Center
Chicago, Il   60663-001


VERIZON Wireless-505515296
VERIZON Wireless-505515296
PO BOX 790406
St Louis, MO   63179-0406


Qiwei Xiao
Qiwei Xiao
1929 Danube Way
Bolingbrook, IL   60490


NECA USF OK
NECA- OKUSF
P.O. Box   371596
Pittsburgh, PA 15251-7596


AT&T Wireless-Atlanta
AT&T Wireless
PO Box 105773
Atlanta, GA 30348-5773


MONY
MONY

P O BOX 6873
NEW YORK, NY  10249-6873


KDW Group LLC
KDW Group LLC
1200 19th St. Suite 500
Washington, DC 20036


Monroe Office Equipment
Monroe Office Equipment
P.O. Box 8280 Monroe,
LA 71211-8280


The Advocacy Group, LLC
The Advocacy Group, LLC
618 Executive Drive
Willowbrook, IL    60527


AT & T  0304461318001
AT & T
P.O. Box 2969
Omaha, NE    68103-2969


National Service Information, Inc.
National Service Information, Inc.
P.O. Box 6293
Marion, OH 43301-6293


Nuava Networks, LP
Nuava Networks, LP
2323 Bryan Street, Suite 120
Dallas, TX    75201


T-Mobile
T-Mobile
PO Box 742596
Cincinnati, OH 45274-2596


Ellis, Lawhorne & Sims, P.A.
Ellis, Lawhorne & Sims, P.A.
P O Box 2285
Columbia, SC  29202-2285


Progressive Commercial Vehicle Insurance
Progressive Commercial Vehicle Insurance
P.O. Box 4646

Carol Stream, IL. 60197-9607


AT&T Wireless #0032220728
AT&T Wireless
PO Box 8229
Aurora, IL 60572-8229


SUTA payable FL
Unemployment Tx FL Dept. of
Revenue
5050 W. Tennessee St
Tallahassee, Fl  32399-0180


Union Central Insurance
Union Central Life Insurance Co.
PO Box 691687
Cincinnati, OH 45269-1687


Delta Phones-
Delta Phones
P. O. Box 784
Delhi, LA 71232


31887820490990515 BellSouth
Bell South
P.O. Box 105262
Atlanta, GA  30348-5262


Valor Telecom
Valor Telecom
P.O. Box 660766 Dallas, TX.
75266-0766


Verizon Wireless #969991309
Verizon Wireless #969991309
PO Box 4001
Englewood, CA 90313-4001


Verizon Wireless #819618448
Verizon Wireless #819618448
PO Box 660108
Dallas, TX 75266-0108


SAVVIS Communications Corp.
SAVVIS Communications Corp.
P.O. Box 502880

St. Louis, MO 63150-2880


Mid-Missouri Telephone Company
Mid-Missouri Telephone Company
215 Roe Street
P.O. Box 38
Pilot Grove, MO  65276


VerizonWireless- CA
VerizonWireless- CA
P.O. Box 4001
Inglewood, CA 90313-4001


Verizon Wireless #370012407
Verizon Wireless #370012407
PO Box 4001
Inglewood, CA 90313-4001


Municipal Association of South Carolina
Municipal Association of South Carolina
Telecommunications Tax Collection
Program PO Box 751327
Charlotte, NC  28275-1327


31834296250010516 BellSouth
Bell South
P.O. Box 105503 Atlanta, GA
30348-5503


Xpedite Systems Inc.
Xpedite Systems Inc. Dept 1268
135 S. LaSalle St.
Chicago, IL  60674-1268


Verizon Wireless-505816825
Verizon Wireless
PO Box 790406
St Louis, MO  63179-0406


Martin, Harrison, and Smallwood
Martin, Harrison, and Smallwood
P.O. Box 4044
Monroe, LA 71211


Verizon Wireless

Verizon Wireless
PO Box 6170
Carol Stream, Il 60197-6170


New Edge Networks WAN
New Edge Networks WAN
Unit 08 P.O. Box 4900
Portland, OR  97208-4900


AT&T Wireless- 61910865
AT&T Wireless- 61910865
PO BOX 8220
Aurora, IL  60572-8220


AT&T Wireless-18659946
AT&T Wireless
P. O. Box 8220
Aurora, IL 60572-8220


VerizonWireless- TX
VerizonWireless- TX
P.O. Box 660108
Dallas, TX  75266-0108


Viking Office Products
Viking Office Products
PO Box 30488
Los Angeles, CA 90030-0488


Verizon Wireless #600654000
Verizon Wireless #600654000
P.O. Box 790406
St. Louis, MO 63179-0406


Better Business Bureau
Better Business Bureau
141 DeSiard Street, Suite 808
Monroe, LA 71201


Sisna Internet, Inc.
Sisna Internet, Inc.
184 Shuman Blvd., Suite 200
Naperville, IL    60563


Verizon Wireless-505672185
Verizon Wireless-505672185

PO BOX 790406
St Louis, MO   63179-0406


Verizon Wireless #770012406
Verizon Wireless #770012406
PO Box 4001
Inglewood, CA 90313-4001


Silvio Vasquez
Silvio Vasquez
902 Eagle Avenue, Apt 5A
Bronx, NY    10456


Verizon Wireless #970012406
Verizon Wireless #970012406
PO Box 4001
Inglewood, CA 90313-4001


TPC
TPC
PO Box 2208
Waco, TX 76703


AT&T
AT&T
PO Box 9001310
Louisville, KY 40290-1310


Hinkley Springs Water Co.
Hinkley Springs Water Co.
P. O. Box 1888
Bedford Park, IL   60499-1888


Pitney Bowes, Inc.
P.O. Box 856390
 Louisville, KY   40285-6390


Let's Talk Wireless
Let's Talk Wireless
726 N 3rd Street
Bardstown, KY 40004


AT&T Wireless-Aurora
AT&T Wireless
P.O. Box 8220
Aurora, IL   60572-8220

North Carolina Utility Commission
North Carolina Utility Commission


Key Tech Communications
Key Tech Communications
PO Box 665
West Monroe, LA 71294


Mtn. Valley Water
Mtn. Valley Water
PO Box 1004
Bastrop, LA 71221-1004


VerizonWireless- Mo
VerizonWireless-Mo
P.O. Box 790406
St. Louis, MO  63179-0406


Stay In Touch
Stay In Touch
P.O. Box 44108
Shreveport, LA 71134-4108


Scott Liu
Scott Liu


Lathem Time Systems, LLC
Lathem Time Systems, LLC
200 Selig Drive S.W.
Atlanta, GA   30336-2033


BellSouth - FL
BellSouth
P.O. Box 1262
Charlotte, NC 28201-1262


Capitol Corporate Services, Inc.
Capitol Corporate Services, Inc.
P.O. Box 1831
Austin, TX  78767


Satellink - Dept. 3314
Satellink - Dept. 3314

P.O. Box 2153
Birmingham, AL  35287-3314


Green Hills Telecommunications Services
Green Hills Telecommunications Services
7926 NE State Route M
P.O. Box 227
Breckenridge, MO   64625


Harmon AutoGlass
Harmon AutoGlass
1777 Burning Tree Road
Columbia, SC  29210


Mohit Saigal 1
Mohit Saigal


SPRINT 921281020
SPRINT 921281020
P O Box 650270
Dallas, TX  75265-0270


G. Neil Direct Mail., Inc.
G. Neil Direct Mail., Inc.
P.O. Box 451179
Sunrise, FL 33345-1179


Secretary of State IL
Secretary of State-IL
Dept of Business Services
Springfield, IL  62756


Notary Public Association of Illinois
Notary Public Association of Illinois
P.O. Box 1101
Crystal Lake, IL  60039-1101


The  Clarion-Ledger
The  Clarion-Ledger
P.O. Box 23061
Jackson, MS 39228-3061


Connect America
Connect America, Inc.

PO Box 527
Naperville, IL 60566-0527


Bayou Internet
Bayou Internet
P.O. Box 4808
Monroe, LA 71211


Dan Waltz
Dan Waltz
8710 Independence Ave. Apt. 206
Canoga Park, CA 91304


Cotton, Bolton, Hoychick &
Doughty, L.L.P
607 Madeline Street
P.O. Box 857
Rayville, LA  71269


State of Louisiana - Office of Motor
Vehi
P.O. Box 66196
Baton Rouge, LA 70896-6196


Richland Parish Tax Collector
Richland Parish Tax Collector
708 Julia St., Suite 113
Rayville, LA  71269-2694


FEDEX
FEDEX
P. O. Box 1140
Memphis, TN 38101-1140


Butler County E-911
Butler County Emergency Service
Commissio
Attn: E-911 Coordinator
121 S. Gordy
El Dorado, KS 67042


State of Michigan
State of Michigan


Town of Delhi
Town of Delhi

P.O. Box 277
Delhi, LA 71232

    I, **Fallean Mintz** , declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing List of Creditors is true and correct to the best of my knowledge.

Dated: _1-8-2004_

_Fall Mintz_

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:                       )

       Delta Phones, Inc.       )    No. 03

                       )    Judge

                       )    Chapter 11

## LIST OF TWENTY LARGEST UNSECURED CREDITORS

      Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this Chapter 11 case. The list does not include (1) persons who come within the definition of "insider" as set forth in 11 USC 101(31), or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

SBC
SBC Bill Payment Center
Chicago, IL 60663-0001


Bell South
Bell South
P.O. Box 740144
Atlanta, GA 30374-0144


BellSouth
Bell South
P.O. Box 740144
Atlanta, GA 30374-0144


FREMA Group, LLC
Frema Group
1245 East Diehl,
Naperville, Il 60563


Sales tax AR

Dept of Finance and Administration
P.O. Box 8092
Little Rock, AR 72203


Sales tax MO
Missouri Department of Revenue
P.O. Box 840
Jefferson City, MO 65105-0840


Sales tax TX
Texas Comptroller of Public
Accounts
111 E. 17th Street
Austin, Tx 78774-0100


Sales tax OK
Oklahoma Tax Comm. Franchise Tax
2501 N Lincoln Blvd
Connors Building 3rd Floor
Oklahoma city, OK 73194


SPRINT
SPRINT
P.O. Box 650270
Dallas, TX 75265-0270


CenturyTel
CenturyTel
P.O. Box 6000
Marion, LA 71260-6002


Sales tax TN
Tennessee Dept of Revenue
Andrew Jackson State Office Bldg
500 Deaderick St.

Nashville, TN 37242


Sales tax AL
Alabama Department of Revenue
P.O. Box 327483
Montgomery, AL 36132-7483


Sales tax KY
Kentucky Revenue Cabinet
Frankfort, KY 40620-0003


Sales tax LA
Louisiana Department of Revenue
Sales Tax Division
PO Box 3138
Baton Rouge, LA 70821-3138


CCH Incorporated
P.O. Box 4307
Carol Stream, IL 600197-4307


Wright, Lindsey & Jennings, LLP
Wright, Lindsey & Jennings, LLP
200 W. Capitol Avenue, Suite 2300
Little Rock, AR  72201-3699


NECA USF TX
NECA- TXUSF
Department 1033
PO Box 121033
Dallas, TX. 75312-1033


Casey & Gentz, L.L.P.

Casey & Gentz, L.L.P.
919 Congress Ave., Ste 1060
Austin, TX 78701-2157


Sales tax KS
Kansas Retailers' Sales Tax
915 SW Harrison St.
Topeka, KS 66625-5000


M & T Capital Group
M & T Capital Group
1245 East Diehl
Naperville, Il  60563


    I,  Fallean Mintz , declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing List of 20 Largest Unsecured Creditors is true and correct to the best of my knowledge.


Dated: _1-8-2004_

**United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division Division**

IN RE:                                                              Case No. _____

__Delta Phones Inc.__                                              Chapter __11__
_____
                    Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................................................ $ ___275.00/hr___

   Prior to the filing of this statement I have received ........................................................ $ ___15,000.00___

   Balance Due ...................................................................................... $ _____

2.  The source of the compensation paid to me was:  ☑ Debtor  ☐ Other (specify):

3.  The source of compensation to be paid to me is:  ☑ Debtor  ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____1/8/04_____                              _____
        Date                                    Signature of Attorney

                              **Kofkin, Springer , Scheinbaum & Davis, P.C.**
                              Name of Law Firm

---

DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only