**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Delta Phones, Inc. | § | Case No. 04-00823 ABG |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/08/2004 . The case was converted to one under Chapter 7 on 03/04/2004 . The undersigned trustee was appointed on 03/04/2004 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 960,164.41

Funds were disbursed in the following amounts:

| | | |
|---|---|---|
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 916,600.00 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 9,900.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 33,664.41 |

The remaining funds are available for distribution.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/22/2004 and the deadline for filing governmental claims was 07/22/2004 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 51,258.22 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 0.00 , for a total compensation of $ 0.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/02/2010 By:/s/RONALD R. PETERSON
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

Exhibit A

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 04-00823 Judge: A. BENJAMIN GOLDGAR
Case Name: Delta Phones, Inc.

For Period Ending: 11/30/10

Trustee Name: RONALD R. PETERSON
Date Filed (f) or Converted (c): 03/04/04 (c)
341(a) Meeting Date: 04/14/04
Claims Bar Date: 07/22/04

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Bank account at Emprise Bank | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 2. Bank account at Garden Plains State Bank | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 3. Bank account at Guarantee Bank & Trust | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 4. Bank account at Intrust Bank | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 5. Bank account at Progressive Bank | 0.00 | 0.00 | | 1,950.20 | 0.00 | 0.00 | 0.00 |
| 6. Security deposit with City of Naperville | 150.00 | 150.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 7. Security deposit at Exceleron Software | 16,000.00 | 16,000.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 8. Security deposit with Peregrine Services (Postage) | 19,000.00 | 19,000.00 | | 0.00 | 19,000.00 | 0.00 | 0.00 |
| 9. Security deposit with SBC Industries | 50,000.00 | 50,000.00 | | 0.00 | 50,000.00 | 0.00 | 0.00 |
| 10. Security deposit with Sisna Internet | 1,100.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 11. Security deposit with The Gale Company | 15,526.00 | 15,526.00 | | 0.00 | 15,526.00 | 0.00 | 0.00 |
| 12. Security deposit with Valor Telecom | 1,357.00 | 1,357.00 | | 0.00 | 1,357.00 | 0.00 | 0.00 |
| 13. Accounts Receivables | 146,416.00 | 146,416.00 | | 3,249.30 | 143,166.70 | 0.00 | 0.00 |
| 14. Autos | 49,000.00 | 49,000.00 | | 11,800.00 | 37,200.00 | 0.00 | 0.00 |

# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

## ASSET CASES



Exhibit A

Case No: 04-00823 Judge: A. BENJAMIN GOLDGAR
Case Name: Delta Phones, Inc.

Trustee Name: RONALD R. PETERSON
Date Filed (f) or Converted (c): 03/04/04 (c)
341(a) Meeting Date: 04/14/04
Claims Bar Date: 07/22/04

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 15. Office equipment | 21,665.00 | 21,665.00 | | 0.00 | 21,665.00 | 0.00 | 0.00 |
| 16. Tax refund (u) | 0.00 | Unknown | | 115.00 | Unknown | 0.00 | 0.00 |
| 17. Other refunds (u) | 0.00 | Unknown | | 7,874.58 | Unknown | 0.00 | 0.00 |
| 18. Bank account at Charter Bank (u) | 5,774.41 | 5,774.41 | | 5,774.41 | FA | 0.00 | 0.00 |
| 19. Preference/Fraudulent Transfers (u) | Unknown | 0.00 | | 888,599.64 | 0.00 | 0.00 | 0.00 |
| 20. Peterson v. Mintz, 06 A 22 (u) | 10,000.00 | 10,000.00 | | 19,900.00 | 0.00 | 0.00 | 0.00 |
| 21. Bank account at First American Bank (u) | 20,120.73 | 20,120.73 | | 20,120.73 | 0.00 | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 780.55 | Unknown | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $356,109.14 | $355,009.14 | | $960,164.41 | Gross Value of Remaining Assets $287,914.70 (Total Dollar Amount in Column 6) | $0.00 | $0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

November 26, 2010, 11:39 am Process of closing estate.

The Trustee is continuing to prosecute an adversary proceeding against Richard Tolan. The Trustee has made a criminal referral to the U.S. Attorney, and the case is currently active.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 04-00823 Judge: A. BENJAMIN GOLDGAR
Case Name: Delta Phones, Inc.

Trustee Name: RONALD R. PETERSON
Date Filed (f) or Converted (c): 03/04/04 (c)
341(a) Meeting Date: 04/14/04
Claims Bar Date: 07/22/04

Initial Projected Date of Final Report (TFR): 12/31/06 Current Projected Date of Final Report (TFR): 12/31/10

_______________________ Date: ____________
RONALD R. PETERSON

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

Case No: 04-00823 -ABG
Case Name: Delta Phones, Inc.

Taxpayer ID No: *******3910
For Period Ending: 11/30/10

Trustee Name: RONALD R. PETERSON
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******3034 BofA - Money Market Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/14/04 | 13 | Thomas Macey | Phone bill payment | 1121-000 | 51.30 | | 51.30 |
| 04/14/04 | 13 | Robin Deatherage | Phone bill payment | 1121-000 | 56.66 | | 107.96 |
| 04/14/04 | 13 | Gladys Clopton | Phone bill payment | 1121-000 | 55.02 | | 162.98 |
| 04/14/04 | 13 | Huston Crawford | Phone bill payment | 1121-000 | 52.94 | | 215.92 |
| 04/14/04 | 13 | Leon Gilliard | Phone bill payment | 1121-000 | 52.95 | | 268.87 |
| 04/14/04 | 13 | Tammy Osby | Phone bill payment | 1121-000 | 63.00 | | 331.87 |
| 04/14/04 | 13 | Geneva James | Phone bill payment | 1121-000 | 52.42 | | 384.29 |
| 04/14/04 | 13 | Jimmy & Bernice Cole | Phone bill payment | 1121-000 | 60.00 | | 444.29 |
| 04/14/04 | 13 | Kimberly Morris | Phone bill payment | 1121-000 | 54.00 | | 498.29 |
| 04/14/04 | 13 | Nancy Wardrop | Phone bill payment | 1121-000 | 50.69 | | 548.98 |
| 04/14/04 | 13 | Nancy Wardrop | Phone bill payment | 1121-000 | 50.69 | | 599.67 |
| 04/14/04 | 13 | Jerry Cason | Phone bill payment | 1121-000 | 58.59 | | 658.26 |
| 04/14/04 | 13 | Harry Falls | Phone bill payment | 1121-000 | 52.10 | | 710.36 |
| 04/14/04 | 13 | Ashley Ramey | Phone bill payment | 1121-000 | 43.43 | | 753.79 |
| 04/14/04 | 13 | Bobby Sewell | Phone bill payment | 1121-000 | 58.54 | | 812.33 |
| * 04/14/04 | | Ferdinand Reyes | Phone bill payment | 1121-003 | 63.00 | | 875.33 |
| 04/14/04 | 13 | Angela Henojosa | Phone bill payment | 1121-000 | 44.50 | | 919.83 |
| 04/14/04 | 13 | Jannie Banhart | Phone bill payment | 1121-000 | 56.40 | | 976.23 |
| 04/14/04 | 13 | Vicki Carpenter | Phone bill payment | 1121-000 | 53.00 | | 1,029.23 |
| 04/14/04 | 13 | April Foulks | Phone bill payment | 1121-000 | 53.07 | | 1,082.30 |
| 04/14/04 | 13 | Angel Moreno | Phone bill payment | 1121-000 | 43.38 | | 1,125.68 |
| 04/14/04 | 13 | Emma Adams | Phone bill payment | 1121-000 | 53.38 | | 1,179.06 |
| 04/14/04 | 13 | Maria Acosta | Phone bill payment | 1121-000 | 53.00 | | 1,232.06 |
| 04/14/04 | 13 | Sabrina Duncan | Phone bill payment | 1121-000 | 56.40 | | 1,288.46 |
| 04/14/04 | 13 | Laquitta Hutchins | Phone bill payment | 1121-000 | 43.33 | | 1,331.79 |
| 04/14/04 | 13 | Geneva James | Phone bill payment | 1121-000 | 52.98 | | 1,384.77 |
| 04/14/04 | 13 | Peggy Cochran | Phone bill payment | 1121-000 | 50.34 | | 1,435.11 |
| | | | | Page Subtotals | 1,435.11 | 0.00 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

Case No: 04-00823 -ABG
Case Name: Delta Phones, Inc.

Taxpayer ID No: *******3910
For Period Ending: 11/30/10

Trustee Name: RONALD R. PETERSON
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******3034 BofA - Money Market Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/14/04 | 13 | Edith Shavalia | Phone bill payment | 1121-000 | 53.62 | | 1,488.73 |
| 04/14/04 | 13 | Yolanda McMurray | Phone bill payment | 1121-000 | 51.65 | | 1,540.38 |
| 04/14/04 | 16 | State of Oklahoma | Refund of franchise tax | 1224-000 | 115.00 | | 1,655.38 |
| 04/14/04 | 17 | Sprint | Refund | 1229-000 | 0.95 | | 1,656.33 |
| 04/14/04 | 13 | Shirley Pugh | Phone bill payment | 1121-000 | 53.93 | | 1,710.26 |
| 04/14/04 | 13 | Frances Robinson | Phone bill payment | 1121-000 | 52.72 | | 1,762.98 |
| 04/14/04 | 13 | Karen Vice | Phone bill payment | 1121-000 | 49.00 | | 1,811.98 |
| * 04/14/04 | | SBC | Refund | 1229-003 | 297.97 | | 2,109.95 |
| 04/14/04 | 13 | Shirley Pugh | Phone bill payment | 1121-000 | 53.99 | | 2,163.94 |
| 04/14/04 | 13 | Izell Willis | Phone bill payment | 1121-000 | 51.83 | | 2,215.77 |
| 04/14/04 | 13 | Andy Yonts | Phone bill payment | 1121-000 | 64.44 | | 2,280.21 |
| 04/14/04 | 13 | Lisa Brown | Phone bill payment | 1121-000 | 50.00 | | 2,330.21 |
| 04/14/04 | 13 | Evelyn Cowan | Phone bill payment | 1121-000 | 41.70 | | 2,371.91 |
| 04/14/04 | 13 | Tabitha Floyd | Phone bill payment | 1121-000 | 56.17 | | 2,428.08 |
| 04/14/04 | 13 | Bernice Cole | Phone bill payment | 1121-000 | 58.93 | | 2,487.01 |
| 04/14/04 | 13 | Leonor Jukor | Phone bill payment | 1121-000 | 44.00 | | 2,531.01 |
| 04/14/04 | 17 | XO Management Services | Refund | 1229-000 | 1,017.93 | | 3,548.94 |
| 04/14/04 | 17 | BellSouth | Refund | 1229-000 | 10.59 | | 3,559.53 |
| 04/14/04 | 17 | ITC Deltacom | Refund | 1229-000 | 344.71 | | 3,904.24 |
| 04/14/04 | 17 | Sprint | Refund | 1229-000 | 82.04 | | 3,986.28 |
| 04/14/04 | 17 | ITC Deltacom | Refund | 1229-000 | 49.53 | | 4,035.81 |
| 04/14/04 | 17 | ITC Deltacom | Refund | 1229-000 | 14.98 | | 4,050.79 |
| 04/14/04 | 13 | James Rogers | Phone bill payment | 1121-000 | 50.00 | | 4,100.79 |
| 04/14/04 | 13 | James Rogers | Phone bill payment | 1121-000 | 50.00 | | 4,150.79 |
| 04/14/04 | 17 | SBC | Refund | 1229-000 | 140.00 | | 4,290.79 |
| * 04/20/04 | | SBC | Refund<br>Payor stopped payment. | 1229-003 | -297.97 | | 3,992.82 |
| 04/20/04 | 13 | Jackie Sweat | Phone bill payment | 1121-000 | 58.54 | | 4,051.36 |
| 04/20/04 | 13 | Frances Robinson | Phone bill payment | 1121-000 | 52.72 | | 4,104.08 |
| | | | | Page Subtotals | 2,668.97 | 0.00 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD



Exhibit B

Case No: 04-00823 -ABG
Case Name: Delta Phones, Inc.

Taxpayer ID No: *******3910
For Period Ending: 11/30/10

Trustee Name: RONALD R. PETERSON
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******3034 BofA - Money Market Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/20/04 | 17 | Qwest | Refund | 1229-000 | 1,296.37 | | 5,400.45 |
| 04/20/04 | 13 | Ricardo Pardo | Phone bill payment | 1121-000 | 43.00 | | 5,443.45 |
| 04/20/04 | 13 | Shirley Pugh | Phone bill payment | 1121-000 | 53.93 | | 5,497.38 |
| 04/20/04 | 13 | Sylvia Cobb | Phone bill payment | 1121-000 | 58.16 | | 5,555.54 |
| 04/20/04 | 13 | Andy Yants | Phone bill payment | 1121-000 | 64.44 | | 5,619.98 |
| 04/20/04 | 13 | Vicki Carpenter | Phone bill payment | 1121-000 | 53.00 | | 5,672.98 |
| 04/20/04 | 13 | Peggy Cochran | Phone bill payment | 1121-000 | 50.34 | | 5,723.32 |
| 04/20/04 | 13 | Adesi Roberts | Phone bill payment | 1121-000 | 52.65 | | 5,775.97 |
| 04/20/04 | 13 | Christine Ward | Phone bill payment | 1121-000 | 53.15 | | 5,829.12 |
| 04/20/04 | 13 | Robert haddij | Phone bill payment | 1121-000 | 52.99 | | 5,882.11 |
| 04/20/04 | 14 | Kevin Russell | Sale of Grand Marquis | 1129-000 | 3,000.00 | | 8,882.11 |
| * 04/22/04 | | Ferdinand Reyes | Phone bill payment<br>Payor stopped payment. | 1121-003 | -63.00 | | 8,819.11 |
| 04/29/04 | 17 | Sprint | Refund | 1229-000 | 2,099.72 | | 10,918.83 |
| 04/30/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.22 | | 10,919.05 |
| 05/04/04 | 13 | Karen Vice | Phone bill payment | 1121-000 | 48.00 | | 10,967.05 |
| 05/14/04 | 13 | Jackie Sweat | Phone bill payment | 1121-000 | 59.00 | | 11,026.05 |
| 05/14/04 | 17 | BellSouth | Refund | 1229-000 | 0.37 | | 11,026.42 |
| 05/14/04 | 13 | Shirley Pugh | Phone bill payment | 1121-000 | 53.93 | | 11,080.35 |
| 05/26/04 | 13 | Angela Tays | Phone bill payment | 1129-000 | 44.50 | | 11,124.85 |
| 05/28/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.92 | | 11,125.77 |
| 06/09/04 | 13 | James T. Rogers | Phone bill payment | 1121-000 | 50.00 | | 11,175.77 |
| 06/18/04 | 13 | Shirley Pugh | Phone bill payment | 1121-000 | 53.93 | | 11,229.70 |
| 06/30/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.92 | | 11,230.62 |
| 06/30/04 | | Transfer to Acct #*******3115 | Bank Funds Transfer | 9999-000 | | 500.00 | 10,730.62 |
| 07/21/04 | 13 | Angela Hinojosa | Phone bill payment | 1121-000 | 44.50 | | 10,775.12 |
| 07/21/04 | 13 | James Rogers | Phone bill payment | 1121-000 | 50.00 | | 10,825.12 |
| 07/26/04 | 13 | Angela Hinojosa | Phone bill payment | 1121-000 | 44.50 | | 10,869.62 |
| 07/26/04 | 13 | Shirley Pugh | Phone bill payment | 1121-000 | 53.93 | | 10,923.55 |
| | | | | Page Subtotals | 7,319.47 | 500.00 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit B

Case No: 04-00823 -ABG
Case Name: Delta Phones, Inc.

Taxpayer ID No: *******3910
For Period Ending: 11/30/10

Trustee Name: RONALD R. PETERSON
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******3034 BofA - Money Market Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/26/04 | 18 | Charter Bank | Closed bank account | 1229-000 | 5,774.41 | | 16,697.96 |
| 07/30/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.97 | | 16,698.93 |
| 08/30/04 | | Transfer to Acct #*******3115 | Bank Funds Transfer | 9999-000 | | 15,000.00 | 1,698.93 |
| 08/31/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 1.34 | | 1,700.27 |
| 09/30/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.14 | | 1,700.41 |
| 10/07/04 | 14 | Carolyn Moore | Sale of 2002 Buick Century | 1129-000 | 4,900.00 | | 6,600.41 |
| 10/29/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.40 | | 6,600.81 |
| 11/04/04 | 17 | WilTel Communacations | Refund | 1229-000 | 1,199.20 | | 7,800.01 |
| 11/04/04 | 5 | Progressive Bank | Closed bank account | 1129-000 | 1,950.20 | | 9,750.21 |
| 11/09/04 | 14 | Michael Jay Sweet | Sale of 2001 Ford Taurus | 1129-000 | 1,400.00 | | 11,150.21 |
| 11/30/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.80 | | 11,151.01 |
| 12/31/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.94 | | 11,151.95 |
| 01/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.95 | | 11,152.90 |
| 02/28/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 2.14 | | 11,155.04 |
| 03/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 2.37 | | 11,157.41 |
| 04/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 2.29 | | 11,159.70 |
| 05/27/05 | 17 | Valor Telecommunications SW, LLC | Refund | 1229-000 | 1,618.19 | | 12,777.89 |
| 05/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 2.38 | | 12,780.27 |
| 06/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 2.61 | | 12,782.88 |
| 07/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 2.71 | | 12,785.59 |
| 08/04/05 | 14 | Mack J. Webster, Jr. | Sale of the other 2001 Ford Taurus | 1129-000 | 1,000.00 | | 13,785.59 |
| 08/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 6.91 | | 13,792.50 |
| 09/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 6.80 | | 13,799.30 |
| 10/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 7.03 | | 13,806.33 |
| 11/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 6.81 | | 13,813.14 |
| 12/28/05 | 14 | Schmitt's Truck (for Brian Lindenmuth) | Sale of 1999 Ford Taurus | 1129-000 | 1,500.00 | | 15,313.14 |
| 12/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 7.03 | | 15,320.17 |
| 01/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 7.76 | | 15,327.93 |
| | | | | Page Subtotals | 19,404.38 | 15,000.00 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5
Exhibit B

Case No: 04-00823 -ABG
Case Name: Delta Phones, Inc.

Taxpayer ID No: *******3910
For Period Ending: 11/30/10

Trustee Name: RONALD R. PETERSON
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******3034 BofA - Money Market Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 10.92 | | 15,338.85 |
| 03/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 13.03 | | 15,351.88 |
| 04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 12.62 | | 15,364.50 |
| 05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 13.05 | | 15,377.55 |
| 06/02/06 | 19 | Peregrine Services | Settlement of adversary proceedings | 1241-000 | 20,000.00 | | 35,377.55 |
| 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 25.79 | | 35,403.34 |
| 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 30.07 | | 35,433.41 |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 30.09 | | 35,463.50 |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 29.15 | | 35,492.65 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 30.15 | | 35,522.80 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 29.20 | | 35,552.00 |
| 12/19/06 | 20 | Fort Bend District Clerk | Settlement proceeds | 1249-000 | 9,950.00 | | 45,502.00 |
| 12/19/06 | 20 | Fort Bend District Court | Settlement proceeds | 1249-000 | 9,950.00 | | 55,452.00 |
| 12/28/06 | | Paul D. Turner | Wire Transfer to Donna MIntz atty. | 8500-002 | | 9,900.00 | 45,552.00 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 34.43 | | 45,586.43 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 38.72 | | 45,625.15 |
| 02/23/07 | | Transfer to Acct #*******3115 | Bank Funds Transfer | 9999-000 | | 28,500.00 | 17,125.15 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 30.32 | | 17,155.47 |
| 03/08/07 | 21 | First American Bank | Closed escrow account | 1229-000 | 20,120.73 | | 37,276.20 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 25.56 | | 37,301.76 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 30.66 | | 37,332.42 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 31.71 | | 37,364.13 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 30.71 | | 37,394.84 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 31.76 | | 37,426.60 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 31.79 | | 37,458.39 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 23.85 | | 37,482.24 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 23.89 | | 37,506.13 |
| 11/05/07 | 19 | One Beacon Insurance<br>1 Beacon Lane, | Preference Recovery | 1241-000 | 3,000.00 | | 40,506.13 |
| | | | | Page Subtotals | 63,578.20 | 38,400.00 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD



Exhibit B

Case No: 04-00823 -ABG
Case Name: Delta Phones, Inc.

Taxpayer ID No: *******3910
For Period Ending: 11/30/10

Trustee Name: RONALD R. PETERSON
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******3034 BofA - Money Market Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Canton, MA 02021-1030 | | | | | |
| 11/05/07 | 19 | Martin Flyer | Fraudulent Conveyance Recover | 1241-000 | 16,100.00 | | 56,606.13 |
| | | 48 Wet 48th Street | | | | | |
| | | New York, New York 10036 | | | | | |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 27.44 | | 56,633.57 |
| 12/27/07 | 19 | James Strong | | 1241-000 | 700,000.00 | | 756,633.57 |
| 12/27/07 | | Transfer to Acct #*******3115 | Bank Funds Transfer | 9999-000 | | 675,000.00 | 81,633.57 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 38.38 | | 81,671.95 |
| 12/31/07 | | Transfer to Acct #*******3115 | Bank Funds Transfer | 9999-000 | | 100.00 | 81,571.95 |
| 12/31/07 | | Transfer to Acct #*******3115 | Bank Funds Transfer | 9999-000 | | 73,100.00 | 8,471.95 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 4.36 | | 8,476.31 |
| 02/06/08 | 19 | Auto Hous on Edens | Bank Serial #: 000000 | 1241-000 | 49,500.00 | | 57,976.31 |
| 02/18/08 | | Transfer to Acct #*******3115 | Bank Funds Transfer | 9999-000 | | 49,400.00 | 8,576.31 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 7.30 | | 8,583.61 |
| 03/12/08 | 19 | Premium Shapes LLC | Avoidance Settlement | 1241-000 | 25,000.00 | | 33,583.61 |
| | | 3 Essex Street | | | | | |
| | | Belleville, NJ 07109 | | | | | |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 4.44 | | 33,588.05 |
| 04/03/08 | 19 | Bonnie Tolan | | 1241-000 | 16,000.00 | | 49,588.05 |
| 04/10/08 | 19 | Premium Shapes LLC | Avoidance Action | 1241-000 | 3,333.33 | | 52,921.38 |
| | | 3 Essex kStreeet | | | | | |
| | | Belleville, NJ. 07109 | | | | | |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 9.88 | | 52,931.26 |
| 05/08/08 | 19 | Premium shapes LLC | | 1241-000 | 3,333.00 | | 56,264.26 |
| | | 3 Essex Street | | | | | |
| | | Belleville, NJ 07109 | | | | | |
| 05/13/08 | 19 | Bonnie Tolan | Avoidance Action | 1241-000 | 16,000.00 | | 72,264.26 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 7.84 | | 72,272.10 |
| 06/13/08 | 19 | Premium Shapes LLC | | 1241-000 | 3,333.33 | | 75,605.43 |
| | | | | Page Subtotals | 832,699.30 | 797,600.00 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 7
Exhibit B

Case No: 04-00823 -ABG
Case Name: Delta Phones, Inc.
Taxpayer ID No: *******3910
For Period Ending: 11/30/10

Trustee Name: RONALD R. PETERSON
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******3034 BofA - Money Market Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 3 Essex Street | | | | | |
| | | Belleville, NJ 07109 | | | | | |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 9.06 | | 75,614.49 |
| * 07/09/08 | 20 | Bonnie Tolan | | 1241-003 | 4,000.00 | | 79,614.49 |
| * 07/09/08 | 20 | Bonnie Tolan | VOID | 1241-003 | -4,000.00 | | 75,614.49 |
| | | | Bonnie Tolan gave me 4 separate money orderse and | | | | |
| | | | Lowell tells me that I need for seprate deposit tickets. | | | | |
| 07/09/08 | 19 | Bonnie Tolan | | 1241-000 | 1,000.00 | | 76,614.49 |
| 07/09/08 | 19 | Bonnie Tolan | | 1241-000 | 1,000.00 | | 77,614.49 |
| 07/09/08 | 19 | Bonnie Tolan | | 1241-000 | 1,000.00 | | 78,614.49 |
| 07/09/08 | 19 | Bonnie Tolan | | 1241-000 | 1,000.00 | | 79,614.49 |
| 07/11/08 | 19 | Premium Shapes | Avoidance Recovery | 1241-000 | 3,333.33 | | 82,947.82 |
| | | 3 Essex Street | | | | | |
| | | Belleville, NJ 07109 | | | | | |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 10.16 | | 82,957.98 |
| 08/01/08 | | Transfer to Acct #*******3115 | Bank Funds Transfer | 9999-000 | | 50,000.00 | 32,957.98 |
| 08/05/08 | 19 | bonnie tolan | | 1241-000 | 1,000.00 | | 33,957.98 |
| 08/05/08 | 19 | Bonnie Tolan | | 1241-000 | 1,000.00 | | 34,957.98 |
| 08/05/08 | 19 | Bonnie Tolan | | 1241-000 | 1,000.00 | | 35,957.98 |
| 08/05/08 | 19 | Bonnie Tolan | | 1241-000 | 1,000.00 | | 36,957.98 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 4.59 | | 36,962.57 |
| 09/02/08 | 19 | Premium Shapes LLC | Avoidance Recovery | 1241-000 | 3,333.33 | | 40,295.90 |
| | | 3 Essex Street | | | | | |
| | | Belleville, NJ 07109 | | | | | |
| 09/02/08 | 19 | Bonnie Tolan | Fraudulent Transfer Recovery | 1241-000 | 1,000.00 | | 41,295.90 |
| 09/02/08 | 19 | Bonnie Tolan | Fraudulent Transfer | 1241-000 | 1,000.00 | | 42,295.90 |
| 09/02/08 | 19 | Bonnie tolan | Fraudulent Transfer Recovery | 1241-000 | 1,000.00 | | 43,295.90 |
| 09/02/08 | 19 | Bonnie Tolan | Fraudulent Transfer | 1241-000 | 1,000.00 | | 44,295.90 |
| 09/09/08 | 19 | Premium Shapes LLC | | 1241-000 | 3,333.33 | | 47,629.23 |
| | | | | Page Subtotals | 22,023.80 | 50,000.00 | |

Exhibit B

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 04-00823 -ABG
Case Name: Delta Phones, Inc.

Taxpayer ID No: *******3910
For Period Ending: 11/30/10

Trustee Name: RONALD R. PETERSON
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******3034 BofA - Money Market Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 3 Essex Street | | | | | |
| | | Belleville, New Jersey 07109 | | | | | |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 5.59 | | 47,634.82 |
| 10/07/08 | 19 | Premium Shapes LLC | Avoidance Recovery | 1241-000 | 3,333.33 | | 50,968.15 |
| | | 3 Essex Street | | | | | |
| | | Belleville, N.J. 107109 | | | | | |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 4.82 | | 50,972.97 |
| 11/14/08 | 19 | Premium Shapes LLC | | 1241-000 | 3,333.33 | | 54,306.30 |
| | | 3 Essex Street | | | | | |
| | | Velleville, NJ 07109 | | | | | |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 4.28 | | 54,310.58 |
| 12/22/08 | 19 | premium shapes LLC | | 1241-000 | 3,333.33 | | 57,643.91 |
| | | 3 Essex Street | | | | | |
| | | Belleville, NJ 07109 | | | | | |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 2.96 | | 57,646.87 |
| 12/31/08 | | Transfer to Acct #*******3115 | Bank Funds Transfer | 9999-000 | | 25,000.00 | 32,646.87 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.29 | | 32,647.16 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.25 | | 32,647.41 |
| 03/11/09 | 19 | Bonnie Tolan | | 1241-000 | 200.00 | | 32,847.41 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.29 | | 32,847.70 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.72 | | 32,848.42 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.83 | | 32,849.25 |
| 06/04/09 | 19 | Bonnie Tolan | | 1241-000 | 800.00 | | 33,649.25 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.83 | | 33,650.08 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.86 | | 33,650.94 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.86 | | 33,651.80 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.83 | | 33,652.63 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.85 | | 33,653.48 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.84 | | 33,654.32 |
| | | | | Page Subtotals | 11,025.09 | 25,000.00 | |

**Exhibit B**

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 04-00823 -ABG
Case Name: Delta Phones, Inc.

Taxpayer ID No: *******3910
For Period Ending: 11/30/10

Trustee Name: RONALD R. PETERSON
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******3034 BofA - Money Market Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.86 | | 33,655.18 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.85 | | 33,656.03 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.77 | | 33,656.80 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.86 | | 33,657.66 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.83 | | 33,658.49 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.85 | | 33,659.34 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.83 | | 33,660.17 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.85 | | 33,661.02 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.87 | | 33,661.89 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.83 | | 33,662.72 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.85 | | 33,663.57 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.84 | | 33,664.41 |

| | Deposits ($) | Disbursements ($) | Balance ($) |
|---|---|---|---|
| COLUMN TOTALS | 960,164.41 | 926,500.00 | 33,664.41 |
| Less: Bank Transfers/CD's | 0.00 | 916,600.00 | |
| Subtotal | 960,164.41 | 9,900.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 960,164.41 | 9,900.00 | |

| | Deposits ($) | Disbursements ($) |
|---|---|---|
| Page Subtotals | 10.09 | 0.00 |

Exhibit B

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 04-00823 -ABG
Case Name: Delta Phones, Inc.

Taxpayer ID No: *******3910
For Period Ending: 11/30/10

Trustee Name: RONALD R. PETERSON
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******3115 BofA - Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/30/04 | | Transfer from Acct #*******3034 | Bank Funds Transfer | 9999-000 | 500.00 | | 500.00 |
| 06/30/04 | 001001 | PW/MS Management, Inc. | Rekeyed Delta Phones offices | 2420-000 | | 116.00 | 384.00 |
| 08/30/04 | | Transfer from Acct #*******3034 | Bank Funds Transfer | 9999-000 | 15,000.00 | | 15,384.00 |
| 08/30/04 | 001002 | Jenner & Block | Attorney fees per order 8/30/04 Balance not covered by retainer. | 3110-000 | | 15,000.00 | 384.00 |
| 02/23/07 | | Transfer from Acct #*******3034 | Bank Funds Transfer | 9999-000 | 28,500.00 | | 28,884.00 |
| 02/23/07 | 001003 | Kroll, Inc. | Accountant fees and expenses | | | 28,680.85 | 203.15 |
| | | | Fees 28,190.49 | 6410-000 | | | |
| | | | Expenses 490.36 | 6420-000 | | | |
| 12/27/07 | | Transfer from Acct #*******3034 | Bank Funds Transfer | 9999-000 | 675,000.00 | | 675,203.15 |
| 12/27/07 | 001004 | Jenner & Block LLP 330 North Wabash Street Chicago, Illinois 60611-7603 | Attorney's Fees Partial Payment | 3110-000 | | 675,000.00 | 203.15 |
| 12/31/07 | | Transfer from Acct #*******3034 | Bank Funds Transfer | 9999-000 | 100.00 | | 303.15 |
| 12/31/07 | | Transfer from Acct #*******3034 | Bank Funds Transfer | 9999-000 | 73,100.00 | | 73,403.15 |
| 12/31/07 | 001005 | Kroll Associates Attn: Michael Fellner Managing Director 10 South Wacker Drive Suite 1980 Chicago, Illinois 60606 | | 3310-000 | | 73,271.45 | 131.70 |
| 02/18/08 | | Transfer from Acct #*******3034 | Bank Funds Transfer | 9999-000 | 49,400.00 | | 49,531.70 |
| 02/18/08 | 001006 | Jenner & Block LLP 330 North Wabash Chicago, Illinois 606011-7603 | As per December 2007 court Order | 3110-000 | | 49,470.42 | 61.28 |
| 08/01/08 | | Transfer from Acct #*******3034 | Bank Funds Transfer | 9999-000 | 50,000.00 | | 50,061.28 |
| 08/01/08 | 001007 | Jenner & Block LLP 330 North Wabash | Part of December Order | 3110-000 | | 50,000.00 | 61.28 |
| | | | | Page Subtotals | 891,600.00 | 891,538.72 | |

Exhibit B

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 04-00823 -ABG
Case Name: Delta Phones, Inc.

Taxpayer ID No: *******3910
For Period Ending: 11/30/10

Trustee Name: RONALD R. PETERSON
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******3115 BofA - Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago, Illinois 6061-7603 | | | | | |
| 12/31/08 | | Transfer from Acct #*******3034 | Bank Funds Transfer | 9999-000 | 25,000.00 | | 25,061.28 |
| 12/31/08 | 001008 | Jenner & Block LLP<br>330 North Wabash<br>Chicago, Illinois | | 3110-000 | | 25,061.28 | 0.00 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 916,600.00 | 916,600.00 | 0.00 |
| Less: Bank Transfers/CD's | 916,600.00 | 0.00 | |
| Subtotal | 0.00 | 916,600.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 916,600.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| BofA - Money Market Account - ********3034 | 960,164.41 | 9,900.00 | 33,664.41 |
| BofA - Checking Account - ********3115 | 0.00 | 916,600.00 | 0.00 |
| | 960,164.41 | 926,500.00 | 33,664.41 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 25,000.00 | 25,061.28 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 04-00823 ABG
Case Name: Delta Phones, Inc.
Trustee Name: RONALD R. PETERSON

Balance on hand $ 33,664.41

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Fees: JENNER & BLOCK LLP | $ 1,319,143.50 | $ 814,400.00 | $ 11,353.91 |
| Attorney for Trustee Expenses: JENNER & BLOCK LLP | $ 64,598.43 | $ 0.00 | $ 556.00 |
| Other: PW/MS OP Sub I LLC | $ 21,754.50 | $ 0.00 | $ 21,754.50 |

Total to be paid for chapter 7 administrative expenses $ 33,664.41

Remaining Balance $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 3,195,224.72 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000110 | US Dept of Labor on behalf of the Delta Phones Inc Christine Z Heri US Dept of Labor SOL 230 S Dearborn Room 844 Chicago, IL 60604 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors $ 0.00

Remaining Balance $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 15,807,479.52 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | BellSouth Regional Bankruptcy Center 29EF1-301 W Bay Street Jacksonville, Florida 32202 | $ 1,971.91 | $ 0.00 | $ 0.00 |
| 000002 | BPS Telephone Company BPS Telephone Company P.O. Box 550 120 Stewart Street Bernie, MO 63822-0550 | $ 2,642.43 | $ 0.00 | $ 0.00 |
| 000003 | Wise Carter Child & Caraway Wise Carter Child & Caraway 401 POBox 651 Jackson, MS 39205 | $ 9,518.92 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Monroe Office Equipment<br>Monroe Office Equipment<br>P.O. Box 8280 Monroe, LA 71211-8280 | $ 1,728.13 | $ 0.00 | $ 0.00 |
| 000005A | Oklahoma Tax Commission<br>Bankruptcy Section<br>General Counsel"s Office<br>P O Box 53248<br>Oklahoma City, OK 73152 | $ 10,213.93 | $ 0.00 | $ 0.00 |
| 000006A | Missouri Dept of Revenue<br>Division of Taxation & Collection<br>P O Box 3390<br>Jefferson City, MO 65105 | $ 16,215.61 | $ 0.00 | $ 0.00 |
| 000008 | Vertex Broadband Corp<br>Bradley H Foreman<br>6914 W North Ave<br>Chicago, IL 60707 | $ 3,000,000.00 | $ 0.00 | $ 0.00 |
| 000009 | Wright, Lindsey & Jennings, LLP<br>Wright, Lindsey & Jennings, LLP<br>200 W. Capitol Avenue, Suite 2300<br>Little Rock, AR 72201-3699 | $ 24,935.93 | $ 0.00 | $ 0.00 |
| 000010 | CDW Computer Centers Inc<br>D&B RMS Bankruptcy Services<br>P O Box 5126<br>Timonium, Maryland 21094 | $ 18,829.53 | $ 0.00 | $ 0.00 |
| 000011 | NECA TXUSF<br>80 S Jefferson Rd<br>Whippany NJ 06981 | $ 43,746.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000012A | Department of the Treasury<br>Internal Revenue Servic<br>Internal Revenue Service<br>230 S Dearborn<br>Stop 5016 CHI<br>Chicago, IL 60604 | $ 165,926.99 | $ 0.00 | $ 0.00 |
| 000013 | Cpdi<br>CPDI 1000 SE Tech Center Dr<br>Suite #170<br>Vancouver, WA. 98683 | $ 7,800.00 | $ 0.00 | $ 0.00 |
| 000014 | ADECCO USA INC<br>175 BROAD HOLLOW ROAD<br>MELVILLE, NY 11747 | $ 2,765.15 | $ 0.00 | $ 0.00 |
| 000017 | BellSouth<br>Regional Bankruptcy Center<br>29EF1-301 W Bay Street<br>Jacksonville, Florida 32202 | $ 5,060.33 | $ 0.00 | $ 0.00 |
| 000018A | Tennessee Department of Revenue<br>Attorney General<br>P O Box 20207<br>Nashville, TN 37202 | $ 21,426.69 | $ 0.00 | $ 0.00 |
| 000019 | Taylor, Porter, Brooks & Phillips, LLP<br>Taylor, Porter, Brooks & Phillips, LLP<br>P.O. Box 2471<br>Baton Rouge, LA 70821 | $ 1,224.60 | $ 0.00 | $ 0.00 |
| 000020A | State of Louisiana<br>Louisiana Department of Revenue<br>P O Box 66658<br>Baton Rouge, LA 70896 | $ 22,320.04 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000021 | Mid-Missouri Telephone Company<br>Mid-Missouri Telephone Company<br>215 Roe Street<br>P.O. Box 38<br>Pilot Grove, MO 65276 | $ 688.79 | $ 0.00 | $ 0.00 |
| 000022A | SC DEPARTMENT OF REVENUE<br>PO BOX 125<br>COLUMBIA, SC 29214 | $ 1,974.34 | $ 0.00 | $ 0.00 |
| 000023 | Airborne Express Inc dba Airborne Express<br>Attn Edgar Korzeniowski<br>Airborne Express<br>3131 Eliott Avenue Ste 200 AGCY<br>Seattle, WA 98121 | $ 6,546.56 | $ 0.00 | $ 0.00 |
| 000024 | Global Laser Inc<br>11246 South Post Oak<br>Suite 400<br>Houston, TX 77035 | $ 115.83 | $ 0.00 | $ 0.00 |
| 000028 | TRS<br>Attn Jeff Henderson<br>80 S Jefferson Rd<br>Whippany, NJ 07981 | $ 434.19 | $ 0.00 | $ 0.00 |
| 000029 | Regen Capital I<br>P O Box 237210<br>Ansonia Station<br>New York, NY 10023 | $ 83,494.48 | $ 0.00 | $ 0.00 |
| 000030 | United States Trustee<br>227 West Monroe Suite 3350<br>Chicago, Illinois 60606 | $ 5,000.00 | $ 0.00 | $ 0.00 |
| 000031 | Verizon Wireless Great Lakes<br>Bass & Associaets PC<br>3936 E Ft Lowell Road<br>Suite 200<br>Tuscon, Arizona 85712 | $ 508.46 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000033 | Viking Office Products Inc<br>Attn Bankruptcy Dept<br>8200 E 32nd N<br>Wichita, KS 67226 | $ 386.17 | $ 0.00 | $ 0.00 |
| 000034 | Boult Cummings Connors & Berry<br>Boult Cummings Connor & Berry<br>P.O. Box 198062<br>Nashville, TN 37219 | $ 9,744.65 | $ 0.00 | $ 0.00 |
| 000035 | CenturyTel Inc<br>Rex D Rainach<br>3622 Government Street<br>Baton Rouge, LA 70806 | $ 246,012.46 | $ 0.00 | $ 0.00 |
| 000036 | Austin Press and Advertising Inc<br>Jacky B Franklin<br>9800 Richmond Avenue<br>Suite 560<br>Houston, Texas 77042 | $ 25,370.00 | $ 0.00 | $ 0.00 |
| 000037 | The Advertising Group Inc<br>Jacky B Franklin<br>9800 Richmond Avenue<br>Suite 560<br>Houston, Texas 77042 | $ 10,706.12 | $ 0.00 | $ 0.00 |
| 000038 | Ferrer, Orlando<br>26324 Loch Glen<br>Lake Forest, California 92630 | $ 4,124.07 | $ 0.00 | $ 0.00 |
| 000039 | Dan Waltz<br>Dan Waltz<br>8710 Independence Ave.<br>Apt. 206<br>Canoga Park, CA 91304 | $ 1,815.00 | $ 0.00 | $ 0.00 |
| 000040 | AT&T Wireless-Aurora<br>AT&T Wireless<br>P.O. Box 8220<br>Aurora, IL 60572-8220 | $ 1,294.06 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000041A | State of Florida Department of Revenue UT<br>Bankruptcy Section<br>P O Box 6668<br>Tallahassee, Florida 32314 | $ 387.00 | $ 0.00 | $ 0.00 |
| 000042A | State of Florida Department of Revenue UT<br>Bankruptcy Section<br>P O Box 6668<br>Tallahassee, Florida 32314 | $ 2,990.75 | $ 0.00 | $ 0.00 |
| 000043 | Verizon Wireless Great Lakes<br>Bass & Associaets PC<br>3936 E Ft Lowell Road<br>Suite 200<br>Tuscon, Arizona 85712 | $ 3,198.50 | $ 0.00 | $ 0.00 |
| 000044A | ARK Dept of Finance & Aministration<br>Office of Revenue Legal Counsel<br>P O Box 1272 Room 2380<br>Little Rock, AR 72203 | $ 155,895.50 | $ 0.00 | $ 0.00 |
| 000045 | Sprint Missouri Inc<br>Sprint LTD Bankruptcy Dept<br>6391 Sprint Parkway<br>Overland Park, KS 66251 | $ 16,505.29 | $ 0.00 | $ 0.00 |
| 000046 | United Telephone Company of Southeastern Kansas<br>Sprint LTD Bankruptcy Dept<br>6391 Sprint Parkway<br>Overland Park, KS 66251 | $ 4,873.24 | $ 0.00 | $ 0.00 |
| 000047 | United Telephone Company of SouthCentral Kansas<br>Sprint LTD Bankruptcy Dept<br>6391 Sprint Parkway<br>Overland Park, KS 66251 | $ 2,092.48 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000048 | United Telephone Company of Kansas<br>Sprint LTD Bankruptcy Dept<br>6391 Sprint Parkway<br>Overland Park, KS 66251 | $ 7,803.11 | $ 0.00 | $ 0.00 |
| 000049 | United Telephone Company of Eastern Kansas<br>Sprint LTD Bankruptcy Dept<br>6391 Sprint Parkway<br>Overland Park, KS 66251 | $ 4,650.16 | $ 0.00 | $ 0.00 |
| 000050 | (CL) Directories America Inc<br>Sprint LTD Bankruptcy Dept<br>6391 Sprint Parkway<br>Overland Park, KS 66251 | $ 198.21 | $ 0.00 | $ 0.00 |
| 000051 | Central Telephone Company North Carolina Division<br>Sprint LTD Bankruptcy Dept<br>6391 Sprint Parkway<br>Overland Park, KS 66251 | $ 5,014.91 | $ 0.00 | $ 0.00 |
| 000052 | Carolina Telephone & Telegraph Company North Carolina<br>Sprint LTD Bankruptcy Dept<br>6391 Sprint Parkway<br>Overland Park, KS 66251 | $ 337.36 | $ 0.00 | $ 0.00 |
| 000053 | United Telephone Company of Texas Inc<br>Sprint LTD Bankruptcy Dept<br>6391 Sprint Parkway<br>Overland Park, KS 66251 | $ 38,391.38 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000054 | Central Telephone Company of Texas<br>Sprint LTD Bankruptcy Dept<br>6391 Sprint Parkway<br>Overland Park, KS 66251 | $ 32,677.02 | $ 0.00 | $ 0.00 |
| 000055 | Sprint Florida Incorporated<br>Sprint LTD Bankruptcy Dept<br>6391 Sprint Parkway<br>Overland Park, KS 66251 | $ 18,881.54 | $ 0.00 | $ 0.00 |
| 000056 | United Telephone Southeast Inc<br>Tennessee and Virginia<br>Sprint LTD Bankruptcy Dept<br>6391 Sprint Parkway<br>Overland Park, KS 66251 | $ 18,391.05 | $ 0.00 | $ 0.00 |
| 000057 | United Telephone Company of the Carolinas<br>South Carolina<br>Sprint LTD Bankruptcy Dept<br>6391 Sprint Parkway<br>Overland Park, KS 66251 | $ 15,849.16 | $ 0.00 | $ 0.00 |
| 000074 | Universal Service Administrative Company<br>Attn Tracey Beaver<br>2000 L Street NW Suite 200<br>Washington, DC 20036 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000077 | Markelz Supreme Office Products Ins<br>2220 Oak Leaf St<br>Joliet, IL 60436 | $ 1,145.59 | $ 0.00 | $ 0.00 |
| 000078 | Global Laser Inc<br>11246 South Post Oak<br>Suite 400<br>Houston, TX 77035 | $ 115.83 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000080 | Satellink<br>1100 Northmeadow Pkwy<br>Roswell, GA 30076 | $ 209.86 | $ 0.00 | $ 0.00 |
| 000081 | Newman, Comley & Ruth PC<br>Newman, Comley & Ruth PC<br>601 Monroe Suite 301<br>Jefferson City, MO 65102-0537 | $ 11,322.00 | $ 0.00 | $ 0.00 |
| 000082 | Kansas Department of Revenue<br>Civil Tax Enforcement<br>P O Box 12005<br>Topeka, KS 66612 | $ 39,558.96 | $ 0.00 | $ 0.00 |
| 000083 | Wise Carter Child & Caraway<br>Wise Carter Child & Caraway 401<br>POBox 651<br>Jackson, MS 39205 | $ 9,518.92 | $ 0.00 | $ 0.00 |
| 000084 | Suddath Relocation Systems<br>5301 Polk St Bldg 4<br>Houston, TX 77023 | $ 8,622.24 | $ 0.00 | $ 0.00 |
| 000085 | Ellis, Lawhorne & Sims, P.A.<br>Ellis, Lawhorne & Sims, P.A.<br>P O Box 2285<br>Columbia, SC 29202-2285 | $ 1,045.96 | $ 0.00 | $ 0.00 |
| 000086 | Monroe Office Equipment<br>Monroe Office Equipment<br>P.O. Box 8280 Monroe, LA 71211-8280 | $ 1,660.76 | $ 0.00 | $ 0.00 |
| 000087 | J Group Enterprises LLC<br>Alan Langsam CPA<br>A & D Global Inc<br>P O Box 6001<br>Vernon Hills, IL 60061 | $ 5,570.60 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000088 | Alschuler Grossman Stein & Kahan LLP<br>Henry S David Esq<br>1620 26th St 4th Fl North Tower<br>Santa Monica, CA 90404 | $ 17,300.09 | $ 0.00 | $ 0.00 |
| 000090 | City of Naperville<br>Douglas Krieger Director of Finance<br>P O Box 3020<br>Naperville, Illinois 60566 | $ 4,584.27 | $ 0.00 | $ 0.00 |
| 000091A | Oklahoma Tax Commission<br>Bankruptcy Section<br>General Counsel"s Office<br>P O Box 53248<br>Oklahoma City, OK 73152 | $ 10,213.93 | $ 0.00 | $ 0.00 |
| 000094A | Tennessee Department of Revenue<br>Attorney General<br>P O Box 20207<br>Nashville, TN 37202 | $ 21,426.69 | $ 0.00 | $ 0.00 |
| 000095A | State of Florida Department of Revenue UT<br>Bankruptcy Section<br>P O Box 6668<br>Tallahassee, Florida 32314 | $ 387.00 | $ 0.00 | $ 0.00 |
| 000096 | Austin Press and Advertising Inc<br>Jacky B Franklin<br>9800 Richmond Avenue<br>Suite 560<br>Houston, Texas 77042 | $ 25,370.00 | $ 0.00 | $ 0.00 |
| 000097 | Brooks Pierce Mclendon Humphrey & Leon<br>150 Fayett Street Mall Ste 1600<br>Washovia Capito Center<br>Raleigh, NC 27601 | $ 8,017.51 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000098A | North Carolina Department of Revenue<br>Angela C Fountain<br>Bankruptcy Manager<br>Collections &<br>Examinations Division<br>P O Box 1168<br>Raliegh, NC 27602 | $ 841.95 | $ 0.00 | $ 0.00 |
| 000100 | Officeteam<br>Div of Robert Half International<br>Attn Lynda Travers<br>5720 Stoneridge Drive<br>Suite Three<br>Pleasanton, CA 94588 | $ 5,060.90 | $ 0.00 | $ 0.00 |
| 000101 | Ameritech Services Inc<br>SBC Communications<br>c/o Cheryl Becker -IM<br>Bankruptcy<br>722 N Broadway Floor 11<br>Milwaukee, WI 53202 | $ 14,074.71 | $ 0.00 | $ 0.00 |
| 000102 | Southwestern Bell<br>Telephone Company<br>SBC Communications<br>c/o Cheryl Becker- OM<br>Bankruptcy<br>722 N Broadway Floor 11<br>Milwaukee, WI 53202 | $ 8,740,497.91 | $ 0.00 | $ 0.00 |
| 000103 | Sweet, Michael J<br>502 Peppercorn Ct<br>Greer, SC 29650 | $ 5,000.00 | $ 0.00 | $ 0.00 |
| 000105 | BellSouth<br>Telecommunications Inc<br>Kilpatrick Stockton LLP<br>Paul M Rosenblatt Esq<br>1100 Peachtree Street Suite 2800<br>Atlanta, GA 30309 | $ 2,353,567.48 | $ 0.00 | $ 0.00 |
| 000109 | Davis, Michael J<br>611 S Addison Rd<br>Addison, IL 60101 | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000111 | United Parcel Service D&B RMS Bankruptcy Services P O Box 4396 Timonium, Maryland 21094 | $ 5,003.97 | $ 0.00 | $ 0.00 |
| 000112 | State Farm Insurance Company Leo & Weber PC One N Lasalle Street Ste 3600 Chicago, IL 60602 | $ 257,414.14 | $ 0.00 | $ 0.00 |
| 000113 | Casey & Gentz LLP 98 San Jacinto Blvd Suite 1400 Austin, TX 78701 | $ 56,781.18 | $ 0.00 | $ 0.00 |
| 000114 | Webster Jr, Mack J Weaver Law Office William P Weaver Jr 512 Heimer San Antonio, TX 78232 | $ 10,575.79 | $ 0.00 | $ 0.00 |
| 000115 | Operating Telephone Company Subsidiaries of Verizon Communications Inc 2800 One Atlantic Center 1201 West Peachtree Street Atlanta, GA 30309 | $ 86,436.78 | $ 0.00 | $ 0.00 |
| 000116 | Nancy M. Thompson Nancy M. Thompson Attorney at Law P.O. Box 18764 Oklahoma City, OK 73154-8764 | $ 15,725.14 | $ 0.00 | $ 0.00 |
| 000117 | Missouri Public Service Commission Christie A Kincannon AAG Attorney General"s Office P O Box 899 Jefferson City 65102 | $ 7,751.33 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE