# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Delta Phones, Inc. | § | Case No. 04-00823 ABG |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE U.S. BANKRUPTCY COURT
KENNETH S. GARDNER
219 S. Dearborn St.
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 02/23/2011 in Courtroom 613,

UNITED STATES BANKRUPTCY COURT
219 S. Dearborn St.
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/21/2011                By: UNITED STATES BANKRUPTCY
                                            COURT
                                                            Clerk

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

UST Form 101-7-NFR (10/1/2010) (Page: 1)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

In re: §
§
Delta Phones, Inc. § Case No. 04-00823 ABG
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 960,164.41 |
| and approved disbursements of | $ | 926,500.00 |
| leaving a balance on hand of[1] | $ | 33,664.41 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Fees: JENNER & BLOCK LLP | $ 1,319,143.50 | $ 814,400.00 | $ 11,353.91 |
| Attorney for Trustee Expenses: JENNER & BLOCK LLP | $ 64,598.43 | $ 0.00 | $ 556.00 |
| Other: PW/MS OP Sub I LLC | $ 21,754.50 | $ 0.00 | $ 21,754.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 33,664.41 |
| Remaining Balance | $ 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 3,195,224.72 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000110 | US Dept of Labor on behalf of the Delta Phones Inc Christine Z Heri US Dept of Labor SOL 230 S Dearborn Room 844 Chicago, IL 60604 | $ 0.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to priority creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 15,807,479.52 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | BellSouth Regional Bankruptcy Center 29EF1-301 W Bay Street Jacksonville, Florida 32202 | $ 1,971.91 | $ 0.00 | $ 0.00 |
| 000002 | BPS Telephone Company BPS Telephone Company P.O. Box 550 120 Stewart Street Bernie, MO 63822-0550 | $ 2,642.43 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Wise Carter Child & Caraway<br>Wise Carter Child & Caraway 401<br>PO Box 651<br>Jackson, MS 39205 | $ 9,518.92 | $ 0.00 | $ 0.00 |
| 000004 | Monroe Office Equipment<br>Monroe Office Equipment<br>P.O. Box 8280 Monroe, LA 71211-8280 | $ 1,728.13 | $ 0.00 | $ 0.00 |
| 000005A | Oklahoma Tax Commission<br>Bankruptcy Section<br>General Counsel"s Office<br>P O Box 53248<br>Oklahoma City, OK 73152 | $ 10,213.93 | $ 0.00 | $ 0.00 |
| 000006A | Missouri Dept of Revenue<br>Division of Taxation & Collection<br>P O Box 3390<br>Jefferson City, MO 65105 | $ 16,215.61 | $ 0.00 | $ 0.00 |
| 000008 | Vertex Broadband Corp<br>Bradley H Foreman<br>6914 W North Ave<br>Chicago, IL 60707 | $ 3,000,000.00 | $ 0.00 | $ 0.00 |
| 000009 | Wright, Lindsey & Jennings, LLP<br>Wright, Lindsey & Jennings, LLP<br>200 W. Capitol Avenue, Suite 2300<br>Little Rock, AR 72201-3699 | $ 24,935.93 | $ 0.00 | $ 0.00 |
| 000010 | CDW Computer Centers Inc<br>D&B RMS Bankruptcy Services<br>P O Box 5126<br>Timonium, Maryland 21094 | $ 18,829.53 | $ 0.00 | $ 0.00 |
| 000011 | NECA TXUSF<br>80 S Jefferson Rd<br>Whippany NJ 06981 | $ 43,746.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000012A | Department of the Treasury Internal Revenue Servic Internal Revenue Service 230 S Dearborn Stop 5016 CHI Chicago, IL 60604 | $ 165,926.99 | $ 0.00 | $ 0.00 |
| 000013 | Cpdi CPDI 1000 SE Tech Center Dr Suite #170 Vancouver, WA. 98683 | $ 7,800.00 | $ 0.00 | $ 0.00 |
| 000014 | ADECCO USA INC 175 BROAD HOLLOW ROAD MELVILLE, NY 11747 | $ 2,765.15 | $ 0.00 | $ 0.00 |
| 000017 | BellSouth Regional Bankruptcy Center 29EF1-301 W Bay Street Jacksonville, Florida 32202 | $ 5,060.33 | $ 0.00 | $ 0.00 |
| 000018A | Tennessee Department of Revenue Attorney General P O Box 20207 Nashville, TN 37202 | $ 21,426.69 | $ 0.00 | $ 0.00 |
| 000019 | Taylor, Porter, Brooks & Phillips, LLP Taylor, Porter, Brooks & Phillips, LLP P.O. Box 2471 Baton Rouge, LA 70821 | $ 1,224.60 | $ 0.00 | $ 0.00 |
| 000020A | State of Louisiana Louisiana Department of Revenue P O Box 66658 Baton Rouge, LA 70896 | $ 22,320.04 | $ 0.00 | $ 0.00 |
| 000021 | Mid-Missouri Telephone Company Mid-Missouri Telephone Company 215 Roe Street P.O. Box 38 Pilot Grove, MO 65276 | $ 688.79 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000022A | SC DEPARTMENT OF REVENUE<br>PO BOX 125<br>COLUMBIA, SC 29214 | $ 1,974.34 | $ 0.00 | $ 0.00 |
| 000023 | Airborne Express Inc dba Airborne Express<br>Attn Edgar Korzeniowski<br>Airborne Express<br>3131 Eliott Avenue Ste 200<br>AGCY<br>Seattle, WA 98121 | $ 6,546.56 | $ 0.00 | $ 0.00 |
| 000024 | Global Laser Inc<br>11246 South Post Oak<br>Suite 400<br>Houston, TX 77035 | $ 115.83 | $ 0.00 | $ 0.00 |
| 000028 | TRS<br>Attn Jeff Henderson<br>80 S Jefferson Rd<br>Whippany, NJ 07981 | $ 434.19 | $ 0.00 | $ 0.00 |
| 000029 | Regen Capital I<br>P O Box 237210<br>Ansonia Station<br>New York, NY 10023 | $ 83,494.48 | $ 0.00 | $ 0.00 |
| 000030 | United States Trustee<br>227 West Monroe Suite 3350<br>Chicago, Illinois 60606 | $ 5,000.00 | $ 0.00 | $ 0.00 |
| 000031 | Verizon Wireless Great Lakes<br>Bass & Associaets PC<br>3936 E Ft Lowell Road<br>Suite 200<br>Tuscon, Arizona 85712 | $ 508.46 | $ 0.00 | $ 0.00 |
| 000033 | Viking Office Products Inc<br>Attn Bankruptcy Dept<br>8200 E 32nd N<br>Wichita, KS 67226 | $ 386.17 | $ 0.00 | $ 0.00 |
| 000034 | Boult Cummings Connors & Berry<br>Boult Cummings Connor & Berry<br>P.O. Box 198062<br>Nashville, TN 37219 | $ 9,744.65 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000035 | CenturyTel Inc<br>Rex D Rainach<br>3622 Government Street<br>Baton Rouge, LA 70806 | $ 246,012.46 | $ 0.00 | $ 0.00 |
| 000036 | Austin Press and Advertising Inc<br>Jacky B Franklin<br>9800 Richmond Avenue<br>Suite 560<br>Houston, Texas 77042 | $ 25,370.00 | $ 0.00 | $ 0.00 |
| 000037 | The Advertising Group Inc<br>Jacky B Franklin<br>9800 Richmond Avenue<br>Suite 560<br>Houston, Texas 77042 | $ 10,706.12 | $ 0.00 | $ 0.00 |
| 000038 | Ferrer, Orlando<br>26324 Loch Glen<br>Lake Forest, California 92630 | $ 4,124.07 | $ 0.00 | $ 0.00 |
| 000039 | Dan Waltz<br>Dan Waltz<br>8710 Independence Ave.<br>Apt. 206<br>Canoga Park, CA 91304 | $ 1,815.00 | $ 0.00 | $ 0.00 |
| 000040 | AT&T Wireless-Aurora<br>AT&T Wireless<br>P.O. Box 8220<br>Aurora, IL 60572-8220 | $ 1,294.06 | $ 0.00 | $ 0.00 |
| 000041A | State of Florida Department of Revenue UT<br>Bankruptcy Section<br>P O Box 6668<br>Tallahassee, Florida 32314 | $ 387.00 | $ 0.00 | $ 0.00 |
| 000042A | State of Florida Department of Revenue UT<br>Bankruptcy Section<br>P O Box 6668<br>Tallahassee, Florida 32314 | $ 2,990.75 | $ 0.00 | $ 0.00 |
| 000043 | Verizon Wireless Great Lakes<br>Bass & Associaets PC<br>3936 E Ft Lowell Road<br>Suite 200<br>Tuscon, Arizona 85712 | $ 3,198.50 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000044A | ARK Dept of Finance & Aministration<br>Office of Revenue Legal Counsel<br>P O Box 1272 Room 2380<br>Little Rock, AR 72203 | $ 155,895.50 | $ 0.00 | $ 0.00 |
| 000045 | Sprint Missouri Inc<br>Sprint LTD Bankruptcy Dept<br>6391 Sprint Parkway<br>Overland Park, KS 66251 | $ 16,505.29 | $ 0.00 | $ 0.00 |
| 000046 | United Telephone Company of Southeastern Kansas<br>Sprint LTD Bankruptcy Dept<br>6391 Sprint Parkway<br>Overland Park, KS 66251 | $ 4,873.24 | $ 0.00 | $ 0.00 |
| 000047 | United Telephone Company of SouthCentral Kansas<br>Sprint LTD Bankruptcy Dept<br>6391 Sprint Parkway<br>Overland Park, KS 66251 | $ 2,092.48 | $ 0.00 | $ 0.00 |
| 000048 | United Telephone Company of Kansas<br>Sprint LTD Bankruptcy Dept<br>6391 Sprint Parkway<br>Overland Park, KS 66251 | $ 7,803.11 | $ 0.00 | $ 0.00 |
| 000049 | United Telephone Company of Eastern Kansas<br>Sprint LTD Bankruptcy Dept<br>6391 Sprint Parkway<br>Overland Park, KS 66251 | $ 4,650.16 | $ 0.00 | $ 0.00 |
| 000050 | (CL) Directories America Inc<br>Sprint LTD Bankruptcy Dept<br>6391 Sprint Parkway<br>Overland Park, KS 66251 | $ 198.21 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000051 | Central Telephone Company North Carolina Division<br>Sprint LTD Bankruptcy Dept<br>6391 Sprint Parkway<br>Overland Park, KS 66251 | $ 5,014.91 | $ 0.00 | $ 0.00 |
| 000052 | Carolina Telephone & Telegraph Company<br>North Carolina<br>Sprint LTD Bankruptcy Dept<br>6391 Sprint Parkway<br>Overland Park, KS 66251 | $ 337.36 | $ 0.00 | $ 0.00 |
| 000053 | United Telephone Company of Texas Inc<br>Sprint LTD Bankruptcy Dept<br>6391 Sprint Parkway<br>Overland Park, KS 66251 | $ 38,391.38 | $ 0.00 | $ 0.00 |
| 000054 | Central Telephone Company of Texas<br>Sprint LTD Bankruptcy Dept<br>6391 Sprint Parkway<br>Overland Park, KS 66251 | $ 32,677.02 | $ 0.00 | $ 0.00 |
| 000055 | Sprint Florida Incorporated<br>Sprint LTD Bankruptcy Dept<br>6391 Sprint Parkway<br>Overland Park, KS 66251 | $ 18,881.54 | $ 0.00 | $ 0.00 |
| 000056 | United Telephone Southeast Inc<br>Tennessee and Virginia<br>Sprint LTD Bankruptcy Dept<br>6391 Sprint Parkway<br>Overland Park, KS 66251 | $ 18,391.05 | $ 0.00 | $ 0.00 |
| 000057 | United Telephone Company of the Carolinas<br>South Carolina<br>Sprint LTD Bankruptcy Dept<br>6391 Sprint Parkway<br>Overland Park, KS 66251 | $ 15,849.16 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000074 | Universal Service Administrative Company<br>Attn Tracey Beaver<br>2000 L Street NW Suite 200<br>Washington, DC 20036 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000077 | Markelz Supreme Office Products Ins<br>2220 Oak Leaf St<br>Joliet, IL 60436 | $ 1,145.59 | $ 0.00 | $ 0.00 |
| 000078 | Global Laser Inc<br>11246 South Post Oak Suite 400<br>Houston, TX 77035 | $ 115.83 | $ 0.00 | $ 0.00 |
| 000080 | Satellink<br>1100 Northmeadow Pkwy<br>Roswell, GA 30076 | $ 209.86 | $ 0.00 | $ 0.00 |
| 000081 | Newman, Comley & Ruth PC<br>Newman, Comley & Ruth PC<br>601 Monroe Suite 301<br>Jefferson City, MO 65102-0537 | $ 11,322.00 | $ 0.00 | $ 0.00 |
| 000082 | Kansas Department of Revenue<br>Civil Tax Enforcement<br>P O Box 12005<br>Topeka, KS 66612 | $ 39,558.96 | $ 0.00 | $ 0.00 |
| 000083 | Wise Carter Child & Caraway<br>Wise Carter Child & Caraway 401<br>PO Box 651<br>Jackson, MS 39205 | $ 9,518.92 | $ 0.00 | $ 0.00 |
| 000084 | Suddath Relocation Systems<br>5301 Polk St Bldg 4<br>Houston, TX 77023 | $ 8,622.24 | $ 0.00 | $ 0.00 |
| 000085 | Ellis, Lawhorne & Sims, P.A.<br>Ellis, Lawhorne & Sims, P.A.<br>P O Box 2285<br>Columbia, SC 29202-2285 | $ 1,045.96 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000086 | Monroe Office Equipment<br>Monroe Office Equipment<br>P.O. Box 8280 Monroe,<br>LA 71211-8280 | $ 1,660.76 | $ 0.00 | $ 0.00 |
| 000087 | J Group Enterprises LLC<br>Alan Langsam CPA<br>A & D Global Inc<br>P O Box 6001<br>Vernon Hills, IL 60061 | $ 5,570.60 | $ 0.00 | $ 0.00 |
| 000088 | Alschuler Grossman Stein<br>& Kahan LLP<br>Henry S David Esq<br>1620 26th St 4th Fl North Tower<br>Santa Monica, CA 90404 | $ 17,300.09 | $ 0.00 | $ 0.00 |
| 000090 | City of Naperville<br>Douglas Krieger Director of Finance<br>P O Box 3020<br>Naperville, Illinois 60566 | $ 4,584.27 | $ 0.00 | $ 0.00 |
| 000091A | Oklahoma Tax Commission<br>Bankruptcy Section<br>General Counsel"s Office<br>P O Box 53248<br>Oklahoma City, OK 73152 | $ 10,213.93 | $ 0.00 | $ 0.00 |
| 000094A | Tennessee Department of Revenue<br>Attorney General<br>P O Box 20207<br>Nashville, TN 37202 | $ 21,426.69 | $ 0.00 | $ 0.00 |
| 000095A | State of Florida Department of Revenue UT<br>Bankruptcy Section<br>P O Box 6668<br>Tallahassee, Florida 32314 | $ 387.00 | $ 0.00 | $ 0.00 |
| 000096 | Austin Press and Advertising Inc<br>Jacky B Franklin<br>9800 Richmond Avenue<br>Suite 560<br>Houston, Texas 77042 | $ 25,370.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000097 | Brooks Pierce Mclendon Humphrey & Leon<br>150 Fayett Street Mall Ste 1600<br>Washovia Capito Center<br>Raleigh, NC 27601 | $ 8,017.51 | $ 0.00 | $ 0.00 |
| 000098A | North Carolina Department of Revenue<br>Angela C Fountain<br>Bankruptcy Manager<br>Collections & Examinations Division<br>P O Box 1168<br>Raliegh, NC 27602 | $ 841.95 | $ 0.00 | $ 0.00 |
| 000100 | Officeteam<br>Div of Robert Half International<br>Attn Lynda Travers<br>5720 Stoneridge Drive Suite Three<br>Pleasanton, CA 94588 | $ 5,060.90 | $ 0.00 | $ 0.00 |
| 000101 | Ameritech Services Inc<br>SBC Communications<br>c/o Cheryl Becker -IM Bankruptcy<br>722 N Broadway Floor 11<br>Milwaukee, WI 53202 | $ 14,074.71 | $ 0.00 | $ 0.00 |
| 000102 | Southwestern Bell Telephone Company<br>SBC Communications<br>c/o Cheryl Becker- OM Bankruptcy<br>722 N Broadway Floor 11<br>Milwaukee, WI 53202 | $ 8,740,497.91 | $ 0.00 | $ 0.00 |
| 000103 | Sweet, Michael J<br>502 Peppercorn Ct<br>Greer, SC 29650 | $ 5,000.00 | $ 0.00 | $ 0.00 |
| 000105 | BellSouth Telecommunications Inc<br>Kilpatrick Stockton LLP<br>Paul M Rosenblatt Esq<br>1100 Peachtree Street Suite 2800<br>Atlanta, GA 30309 | $ 2,353,567.48 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000109 | Davis, Michael J<br>611 S Addison Rd<br>Addison, IL 60101 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000111 | United Parcel Service<br>D&B RMS Bankruptcy Services<br>P O Box 4396<br>Timonium, Maryland 21094 | $ 5,003.97 | $ 0.00 | $ 0.00 |
| 000112 | State Farm Insurance Company<br>Leo & Weber PC<br>One N Lasalle Street Ste 3600<br>Chicago, IL 60602 | $ 257,414.14 | $ 0.00 | $ 0.00 |
| 000113 | Casey & Gentz LLP<br>98 San Jacinto Blvd<br>Suite 1400<br>Austin, TX 78701 | $ 56,781.18 | $ 0.00 | $ 0.00 |
| 000114 | Webster Jr, Mack J<br>Weaver Law Office<br>William P Weaver Jr<br>512 Heimer<br>San Antonio, TX 78232 | $ 10,575.79 | $ 0.00 | $ 0.00 |
| 000115 | Operating Telephone Company Subsidiaries of Verizon Communications Inc<br>2800 One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, GA 30309 | $ 86,436.78 | $ 0.00 | $ 0.00 |
| 000116 | Nancy M. Thompson<br>Nancy M. Thompson Attorney at<br>Law P.O. Box 18764<br>Oklahoma City, OK 73154-8764 | $ 15,725.14 | $ 0.00 | $ 0.00 |
| 000117 | Missouri Public Service Commission<br>Christie A Kincannon AAG<br>Attorney General"s Office<br>P O Box 899<br>Jefferson City 65102 | $ 7,751.33 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors $ 0.00

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Ronald R. Peterson
Trustee

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.